UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-2040 MJD/RLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MICHAEL LAUGHLIN, | ) | |
| Defendant. | ) | |

This matter comes before the Court on the motion of the United States, without a hearing, for an Extension of Time for Service of the Summons. Mary Trippler, Assistant United States Attorney, appears for the United States.

Based upon the affidavit of counsel and upon all the files, records and proceedings herein,

IT IS ORDERED that plaintiff is granted an additional 120 days for service of the Summons and Complaint upon defendant.

Dated: January 8, 2001

Raymond L. Erickson
United States Magistrate-Judge

FILED JAN 08 2001
FRANCIS
JUDGMENT
DEPUTY CL